**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| KENNETH A. NICOLLE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-01869-JD |
| | ) | |
| KELLIE DAVIS, | ) | |
| | ) | |
| Respondent. | ) | |

# ORDER

This is a habeas corpus action brought by Petitioner Kenneth A. Nicolle pursuant to 28 U.S.C. § 2241. [Doc. No. 1]. Currently before the Court are the Report and Recommendation [Doc. No. 6] and Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 5].

The Report and Recommendation recommends that the Court deny Petitioner's motion [Doc. No. 5] and order Petitioner to pay the full habeas filing fee of $5.00 for this action to proceed. Petitioner filed a response, and the record reflects that Petitioner paid the filing fee of $5.00 on August 20, 2026. *See* [Doc. Nos. 8, 7].

Accordingly, the Court ACCEPTS the Report and Recommendation [Doc. No. 6] and DENIES Petitioner's motion for leave to proceed in forma pauperis [Doc. No. 5]. Because Petitioner has now paid the full filing fee, the Court REFERS this habeas action to Judge Maxfield for further proceedings consistent with the Court's prior referral, including Petitioner's recent motion which in substance seeks the appointment of counsel in this habeas proceeding [Doc. No. 9]. *See* Order [Doc. No. 3].

IT IS SO ORDERED this 8th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE